UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>                                      Time: 2 minutes

HONORABLE JUSTO ARENAS, U. S. CHIEF MAGISTRATE JUDGE

COURTROOM DEPUTY: JYOTI MEHTA-LOPEZ        DATE: 05/22/06

COURT REPORTER: N/A                        CASE NO: 00-043 (PG)

==================================================================

UNITED STATES OF AMERICA

Plaintiff

vs.

14- JOSE M. RODRIGUEZ-QUIROS

Defendant
==================================================================

**<u>INITIAL APPEARANCE ON ARREST WARRANT.</u>**

Defendant was brought before Chief Magistrate Judge Justo Arenas by the U.S. Marshals upon an arrest warrant issued on May 8, 2006 by order of Senior Judge Pérez-Giménez for violation of his supervised release conditions.

Defendant was advised that a Preliminary on Revocation Hearing is set for **<u>May 24, 2006 at 9:30 A.M.</u>** before Chief Magistrate Judge Justo Arenas.

Defendant is ordered committed pending hearing. The Federal Public Defender will represent defendant.

                                       S/ Jyoti Mehta-López
                                       Deputy Clerk